```
                                                    USDC SDNY
UNITED STATES DISTRICT COURT                        DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                       ELECTRONICALLY FILED
                                                    DOC# _____
------------------------------------ x              DATE FILED: 12/7/09

GLORIA ELAINE CUFF MUSAJI,           :

                    Plaintiff,       :    09 Civ. 6897 (JSR) (AJP)

         -against-                   :    REPORT AND RECOMMENDATION

NATIONAL PAYMENT CENTER, et al.,     :

                    Defendants.      :

------------------------------------ x
```

**ANDREW J. PECK, United States Magistrate Judge:**

**To the Honorable Jed S. Rakoff, United States District Judge:**

Plaintiff's complaint in this action was filed as of August 5, 2009. (Dkt. No. 2: Compl.)

Rule 4(m) of the Federal Rules of Civil Procedure provides:

Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

By Order dated August 24, 2009, I advised plaintiff that if the complaint was not properly served under Rule 4(m), that is, by December 3, 2009, I would recommend that the action be dismissed. (Dkt. No. 4.) I also directed plaintiff to provide my chambers with proof of service when made. (Id.)[1]

---

[1] The certified mail copy of the Order was returned by the Post Office as "Not deliverable as addressed, unable to forward." The regular mail copy was not returned.

H:\OPIN\

Plaintiff has not provided my chambers with proof of service on defendant, and a review of the Court's docket sheet for this action discloses that there is no affidavit of service on file with the Clerk's Office. The United States Marshal's Office has informed my chambers that they have not received any papers from plaintiff for service.

More than 120 days having passed from the filing of the complaint, and the Court having advised plaintiff of her obligations under Fed. R. Civ. P. 4(m), and plaintiff's time to serve having expired with no action by plaintiff, and there being no indication that plaintiff has had the complaint served on defendants, I recommend that the Court dismiss plaintiff's complaint without prejudice for failure to time serve it pursuant to Fed. R. Civ. P. 4(m). See, e.g., Thompson v. Maldonado, 309 F.3d 107, 110 (2d Cir. 2002).

## FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections (and any responses to objections) shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Jed S. Rakoff, 500 Pearl Street, Room 1340, and to my chambers, 500 Pearl Street, Room 1370. Any requests for an extension of time for filing objections must be directed to Judge Rakoff (with a courtesy copy to my chambers). Failure to file objections will result in a waiver of those objections for purposes of appeal. Thomas v. Arn, 474 U.S. 140, 106 S. Ct. 466 (1985); IUE AFL-CIO Pension Fund v. Herrmann, 9 F.3d 1049, 1054 (2d Cir. 1993), cert. denied, 513 U.S. 822, 115 S. Ct. 86

H:\OPIN\

3

(1994); Roldan v. Racette, 984 F.2d 85, 89 (2d Cir. 1993); Frank v. Johnson, 968 F.2d 298, 300 (2d Cir.), cert. denied, 506 U.S. 1038, 113 S. Ct. 825 (1992); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); Wesolek v. Canadair Ltd., 838 F.2d 55, 57-59 (2d Cir. 1988); McCarthy v. Manson, 714 F.2d 234, 237-38 (2d Cir. 1983); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72, 6(a), 6(d).

Dated:      New York, New York
            December 7, 2009

                                    Respectfully submitted,

                                    _____
                                    **Andrew J. Peck**
                                    United States Magistrate Judge

Copies to:  Gloria Elaine Cuff Musaji (Regular & Certified Mail)
            Judge Jed S. Rakoff

H:\OPIN\